FILED
CLERK, U.S. DISTRICT COURT

APR - 5 2021

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> LUIS ARMANDO JIMENEZ, <br><br> Defendant. | NO. 2:21-MJ-01627-DUTY-1 <br><br> ORDER OF DETENTION AFTER HEARING <br><br> [Fed.R.Crim.P. 32.1(a)(6); <br> 18 U.S.C. 3143(a)] |

The defendant having been arrested in this district pursuant to a warrant issued by the United States District Court for the Southern District of California for alleged violation of 18 U.S.C. § 3146; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A. (X) The defendant has not met his burden of establishing by clear and convincing evidence that he is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on defendant's submission on the issue of detention; his failure to proffer any evidence

to meet his burden on this issue; the prior violations of court ordered supervision; and his significant ties to a foreign country.

and

B.   (X)   The defendant has not met his burden of establishing by clear and convincing evidence that he is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on his submission on the issue of detention; his failure to proffer any evidence to meet his burden on this issue; his criminal history; and history of substance abuse.

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

DATED: April 5, 2021

*Karen L. Stevenson*

_____
KAREN L. STEVENSON
UNITED STATES MAGISTRATE JUDGE